Erin Rose Ronstadt, SBN 028362
Kevin Koelbel, SBN 016599
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT, PLLC
3030 N. 3rd Street, Suite 1230
Phoenix AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oberpekas.com
kevin@oberpekas.com
clayton@oberpekas.com

*Attorneys for Plaintiff*

Kristina N. Holmstrom, SBN 023384
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., SBN 00504800
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602.778.3700
Fax: 602.778.3750
kristina.holmstrom@ogletree.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Killian,<br><br>              Plaintiff,<br><br>v.<br><br>The Long Term Disability Plan for Non-Excluded Employees of Honeywell International, Inc., an ERISA benefit plan; Honeywell International, Inc., a plan subscriber, sponsor, and administrator; and Life Insurance Company of North America, claims administrator and a plan fiduciary,<br><br>              Defendants. | No. CV-18-01608-PHX-SRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   Plaintiff Michael Killian and Defendants The Long Term Disability Plan for Non-Excluded Employees of Honeywell International, Inc., Honeywell International, Inc., and Life Insurance Company of North America hereby stipulate and agree to dismiss all of the Plaintiff's claims against the Defendants with prejudice. The parties agree that they will each

bear their own attorneys' fees and costs.

Dated this 21st day of December, 2018.

| OBER PEKAS RONSTADT | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| By: *s/ Erin Ronstadt* | By: *s/ Kristina N. Holmstrom* |
| Erin Ronstadt | Kristina N. Holmstrom |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

### CERTIFICATE OF SERVICE

I certify that on December 21, 2018 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina N. Holmstrom
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
*Attorney for Defendants*


*s/ Merry Martin*

**OBER PEKAS RONSTADT**
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745

-2-