**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Michael Killian, | No. CV-18-01608-PHX-SRB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| The Long Term Disability Plan for Non-Excluded Employees of Honeywell International, Inc., an ERISA benefit plan; Honeywell International, Inc., a plan subscriber, sponsor, and administrator; and Life Insurance Company of North America, claims administrator and a plan fiduciary, | |
| Defendants. | |

THIS MATTER came before the Court upon Stipulation by the parties for an Order of Dismissal. The Court having reviwed the file herein, noting agreement of counsel, and being otherwise duly advised, it is hereby

ORDERED that this matter is hereby DISMISSED, WITH PREJUDICE.

Dated this 21st day of December, 2018.

_____
Susan R. Bolton
United States District Judge